HOTEL & RESTAURANT EMPLOYEES UNION
LOCAL NO. 556 ET AL. *v.* EMERY ET UX.,
DBA MAIN DINER.

No. 988. Decided April 1, 1969.

*Solly Robins, Stanford Robins, J. W. Brown, Benjamin Gettler,* and *Jonas Katz* for appellants.

*John S. Connolly* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and the case set for oral argument.

DeLURY ET AL. *v.* CITY OF NEW YORK.

No. 1029. Decided April 1, 1969.

*Paul O'Dwyer, W. Bernard Richland, Morris Weissberg,* and *John J. DeLury, Jr.,* for appellants.

*J. Lee Rankin, Frederic S. Nathan,* and *Stanley Buchsbaum* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question.